CORRECTED ORDER: JULY 16, 2012

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee,*

v.

**TREK LEATHER, INC.,**
*Defendant,*

AND

**HARISH SHADADPURI,**
*Defendant-Appellant.*

---

2011-1527

---

Appeal from the United States Court of International Trade in case no. 09-CV-0041, Senior Judge Nicholas Tsoucalas.

-------------------------------------------------------------------

**UNITED STATES,**
*Plaintiff-Appellant,*

v.

**TREK LEATHER, INC.,**
*Defendant,*

AND

**HARISH SHADADPURI,**
*Defendant-Appellee.*

2011-1545

Appeal from the United States Court of International Trade in case no. 09-CV-0041, Senior Judge Nicholas Tsoucalas.

**ON MOTION**

## ORDER

Upon consideration of the parties' joint motion to dismiss appeal no. 2011-1545 and the United States' unopposed motion to file a non-conforming brief in appeal no. 2011-1527,

IT IS ORDERED THAT:

(1) The motion to dismiss appeal no. 2011-1545 is granted. Each side shall bear its own costs.

(2) The revised official caption for appeal no. 2011-1527 is reflected above.

(3) The United States' motion is denied as moot. The caption used by the United States is acceptable.

FOR THE COURT

__JUL 16 2012__                    /s/ Jan Horbaly
       Date                         Jan Horbaly
                                    Clerk


cc:  Stephen Carl Tosini, Esq.
     John J. Galvin, Esq.

s26

Issued As A Mandate (as to 11-1545 only): __JUL 16 2012__


FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2012

JAN HORBALY
CLERK